An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

WILLIAM J. PETTERSEN, IV,
Petitioner,
vs.
BOARD OF BAR EXAMINERS OF THE
STATE BAR OF NEVADA,
Respondent.

No. 68351

**FILED**

JUL 06 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
CHIEF DEPUTY CLERK



### *ORDER DENYING PETITION*

This is a petition for a writ of mandamus, seeking waiver of the Nevada Bar Examination application deadline for the July 2015 examination. Having considered the petition and supporting documents, we are not satisfied that this court's intervention by way of extraordinary writ is warranted. Accordingly, the petition is denied. *See* NRAP 21(b).

It is so ORDERED.

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

cc:  William J. Pettersen, IV
     State Bar of Nevada/Las Vegas

SUPREME COURT
OF
NEVADA

(O) 1947A

15-20412